COOLEY LLP
ANGELA L. DUNNING (212047)
(adunning@cooley.com)
JUDD D. LAUTER (290945)
(jlauter@cooley.com)
ADDISON M. LITTON (305374)
(alitton@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

KOBRE & KIM LLP
DAVID H. MCGILL (appearance *pro hac vice*)
(david.mcgill@kobrekim.com)
DANIEL A. ZAHEER (237118)
(daniel.zaheer@kobrekim.com)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

Attorneys for Defendant
PICSART, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PICSART, INC., a Delaware corporation<br><br>Defendant. | Case No.  3:19-cv-01831-WHO<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER RE DEFENDANT PICSART, INC.'S MOTION TO COMPEL AND MOTION TO DISMISS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: April 4, 2019 |

Pursuant to Civil Local Rule 6-2, plaintiff Visual Supply Company ("VSCO") and defendant PicsArt, Inc. ("PicsArt") hereby stipulate as follows:

WHEREAS, VSCO filed its complaint in this action on April 4, 2019.  (Dkt. 1.)

WHEREAS, on or about April 8, 2019, VSCO served on counsel for Defendant notice of this lawsuit and a request to waive service of a summons.

WHEREAS, on or about April 9, 2019, counsel for Defendant executed and returned the requested waiver of service of summons, making PicsArt's deadline to respond to the complaint June 7, 2019.  (Dkt. 9.)

WHEREAS, on or about June 7, 2019, PicsArt filed its Motion to Compel Arbitration and Motion to Dismiss (the "Motion").  (Dkt. 17.)

WHEREAS, pursuant to Civil Local Rule 7-3, the current deadline for VSCO to file an opposition the PicsArt's Motion is June 21, 2019 and the deadline for PicsArt to file a reply in support of the Motion is June 28, 2019.

WHEREAS, the hearing on PicsArt's Motion is currently scheduled for August 21, 2019 at 2:00 p.m.

WHEREAS, the parties are interested in exploring the possibility of an informal resolution of their dispute, and wish to postpone further briefing on the Motion to allow such discussions to occur, without delaying the hearing on the Motion;

WHEREAS, the parties have not previously sought any extension of time in this case, and the requested relief will not otherwise delay proceedings;

WHEREAS, this stipulation is supported by the Declaration of Angela L. Dunning, submitted concurrently herewith;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, subject to the approval of the Court, as follows:

**1.** VSCO shall have until July 17, 2019 (or five weeks before the scheduled hearing) in which to file an opposition to PicsArt's Motion.

**2.** PicsArt shall have until August 7, 2019 (or two weeks before the scheduled hearing) in which to file the reply in support of the Motion.

**3.** A hearing on the Motion shall be held as currently calendared on August 21, 2019, at 2:00 p.m. or at such later date and time as may be convenient to the Court.

IT IS SO STIPULATED.

Dated: June 13, 2019                COOLEY LLP

By: /s/ Angela L. Dunning
         Angela L. Dunning

Attorneys for Plaintiff
VISUAL SUPPLY COMPANY

Dated: June 13, 2019                KOBRE & KIM LLP

By: /s/ David H. McGill
         David H. McGill

Attorneys for Defendant
PICSART, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2019        _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT JUDGE

### CIVIL LOCAL RULE 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that written concurrence in the filing of this document has been obtained from all signatories above.

Date: June 13, 2019                 /s/ Angela L. Dunning
                                    Angela L. Dunning

205608027