Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VISUAL SUPPLY COMPANY )
) Case No: 19-cv-01831-WHO
)
Plaintiff(s), ) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
PICSART, INC. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Erika L. Berman, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PICSART, INC. in the above-entitled action. My local co-counsel in this case is Daniel A. Zaheer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1919 M Street, NW<br>Washington, DC 20036 | 150 California Street, 19th Floor<br>San Francisco, CA 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (202) 664-1965 | (415) 582-4800 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| erika.berman@kobrekim.com | daniel.zaheer@kobrekim.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 89382.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/14/19

Erika L. Berman
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erika L. Berman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated: June 17, 2019

GRANTED
Judge William H. Orrick

UNITED STATES MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*