KOBRE & KIM LLP
DAVID H. MCGILL (appearance *pro hac vice*)
(david.mcgill@kobrekim.com)
DANIEL A. ZAHEER (Bar. No. 237118)
(daniel.zaheer@kobrekim.com)
ERIKA L. BERMAN (appearance *pro hac vice*)
(erika.berman@kobrekim.com)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

Attorneys for Defendant
PICSART, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VISUAL SUPPLY COMPANY, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>PICSART, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-CV-01831-WHO<br><br>**DEFENDANT PICSART, INC.'S NOTICE OF NON-OPPOSITION TO PICSART'S MOTION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. § 3, AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) AND 12(B)(1)**<br><br>Honorable William H. Orrick<br>Hearing Date: August 21, 2019 2:00pm<br>Courtroom: 2 |

1    On June 7, 2019, Defendant PicsArt Inc. ("PicsArt") filed its motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) or, in the alternative, compel arbitration pursuant to 9 U.S.C. § 3 ("Motion").  After Plaintiff Visual Supply Company ("VSCO") requested additional time to respond to the Motion, the parties agreed on a briefing schedule and VSCO filed a proposed stipulation and order, which the Court so-ordered on June 13, 2019.  Under the schedule ordered by the Court, VSCO had until July 17, 2019 to file any opposition to the Motion.  Notwithstanding the provision of an additional 26 days for VSCO to oppose the Motion, VSCO did not file opposition papers prior to the Court-ordered deadline.

In light of VSCO's decision not to oppose the Motion, PicsArt respectfully requests that the Court grant the Motion and dismiss VSCO's claims with prejudice.  Where a plaintiff fails to oppose a motion to dismiss, courts in this District deem the plaintiff to have conceded its claims. *See, e.g., McAfee v. Francis*, No. 5:11-CV-00821-LHK, 2011 WL 3293759, at *2 (N.D. Cal. Aug. 1, 2011) ("By failing to oppose Defendant's motion to dismiss on the merits, Plaintiffs essentially concede that they fail to state claims"); *see also Hand v. Swarthout*, No. 11-CV-06410-WHO (PR), 2018 WL 2183239, at *1 (N.D. Cal. May 11, 2018) (dismissing case with prejudice after plaintiff failed to file opposition, even after the court granted plaintiff's request for an extension); *Herguan Univ. v. Immigration & Customs Enf't*, No. 16-CV-06656-LHK, 2017 WL 6942445, at *1 (N.D. Cal. Feb. 27, 2017) ("Dismissal is appropriate where a party fails to oppose a motion to dismiss."); *Hives v. Cty. of Alameda*, No. 15-CV-02490-DMR, 2015 WL 5027583, at *3 (N.D. Cal. Aug. 25, 2015) ("Additionally, Plaintiff did not oppose Defendants' motion to dismiss her claims for violation of the Ralph Act (California Civil Code section 51.7), intentional infliction of emotional distress, and assault and battery…and therefore concedes those claims.").

Here, particularly in light of the fatal deficiencies in VSCO's claims, the most appropriate course is for the Court to dismiss the Complaint with prejudice.  *See, e.g., Offril v. J.C. Penny Co., Inc.*, No. C 08-5050 PJH, 2009 WL 69344, at *4 (N.D. Cal. Jan. 9, 2009) (dismissal with prejudice warranted where the pleading defects could not be cured).  As detailed in PicsArt's motion, VSCO cannot cure the core deficiencies in its allegations, and "[b]ecause plaintiff did not oppose the

motion to dismiss, the court has no way of knowing whether there are additional facts that could be pleaded to state viable claims." *Id.* Given the Court's already generous extension of VSCO's deadline to oppose the Motion, VSCO has had more than ample opportunity to provide this information; it has failed to do so and thus leave to amend here is futile and should not be granted.

Dated:   July 18, 2019

Respectfully submitted,

KOBRE & KIM LLP

/s/ David H. McGill

David H. McGill (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1214
Fax: +1 212 488 1231
david.mcgill@kobrekim.com

Daniel Zaheer (Bar ID 237118)
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Tel. +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
KOBRE & KIM LLP
1919 M Street, NW
Washington, DC 20036
Tel: +1 202 664 1965
Fax: +1 202 664 1020
erika.berman@kobrekim.com

*Attorneys for Defendant PicsArt, Inc.*

3.